UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATHEUS PLAZZI
        Plaintiff(s)

V.                                                               CIVIL ACTION NO. 21-12130-DJC

FEDEX GROUND PACKAGE
SYSTEM, INC.
        Defendant(s)

CASPER, D.J.

## ORDER OF REMAND

In accordance with the ECF Order dated January 19, 2023, it is hereby ORDERED:

Case is REMANDED to Middlesex Superior Court.

                                                                Robert M. Farrell, Clerk

January 19, 2023                                               By: /s/ Lisa M. Hourihan
                                                                        Deputy Clerk